1208

No. 87–6640. BRONSON *v.* DOKNOVITCH ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–6655. SMALLS *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 87–6680. COLLINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–6839. KRAMER *v.* SECRETARY, UNITED STATES DEPARTMENT OF THE ARMY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–6847. BEHRING *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–6853. WILLIAMS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 87–6857. WILLIAMS *v.* LANE ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–6860. WALEN *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 87–6864. SPENCER *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 87–6870. FISHER *v.* SLATE, JUDGE, MORGAN COUNTY CIRCUIT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6871. GLAVE *v.* KELLOGG FOUNDATION BOARD OF TRUSTEES ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–6872. BOSHELL *v.* WILSON, JUDGE, WALKER COUNTY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6875. TROTZ *v.* PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW. C. A. 3d Cir. Certiorari denied.

No. 87–6876. ROBERTSON *v.* ROHR INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied.

No. 87–6877. ESPARZA *v.* GLENN ET AL. C. A. 5th Cir. Certiorari denied.